## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. _____

FRIDA KAHLO CORPORATION, a
Panamanian corporation,

                Plaintiff,

     v.

ARTISTS RIGHTS SOCIETY, INC., a New
York corporation,

                Defendants.

---

## COMPLAINT FOR DECLARATORY JUDGMENT

---

## INTRODUCTION

1.      Plaintiff Frida Kahlo Corporation is the holder of numerous worldwide trademarks in connection with the Mexican painter Frida Kahlo.  In 2020, Plaintiff licensed Kidrobot, Inc., a Broomfield, Colorado-based creator and dealer of limited-edition art toys, to create and offer for sale certain Frida Kahlo branded art toys.  In early 2021, Defendant Artists Rights Society, Inc. wrote to Kidrobot and Frida Kahlo Corporation saying that a copyright license from Defendant, on behalf of Defendant's client, was required for the Kidrobot art toys. The claimed copyrighted work is a 1939 painting by Frida Kahlo titled *Las Dos Fridas*.

2.      The principal question raised by this suit is whether Defendant, and those whom Defendant speaks for, have any valid copyright rights in *Las Dos Fridas* to license.  When Plaintiff asked for primary documentary substantiation of Defendant's claim, Defendant refused to provide any and instead proclaimed, "Should we be required to provide additional documents then such will be submitted to a competent court of law."

3.      In this suit, Plaintiff Frida Kahlo Corporation seeks a declaration that determines whether or not Plaintiff is required to take a license from Defendant, including on the question of whether Defendant, and/or Defendant's client, holds any valid, existing copyright rights to *Las Dos Fridas*.

## JURISDICTION AND VENUE

4.      This case arises under the Declaratory Judgment Act, 28 U.S.C. § 2201.  This Court has subject matter jurisdiction under 28 U.S.C. §§ 1331, 1338, and 2201.

5.      This Court has personal jurisdiction over Defendant because Defendant does business in this district, including by virtue of its licensing activities and because Defendant has purposefully directed itself into this District concerning the specific matters at issue in this case.

6.      Venue is proper in this district under 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this district.

## PARTIES

7.      Plaintiff Frida Kahlo Corporation is a Panamanian corporation.

8.      Defendant Artists Rights Society, Inc. ("Defendant" or "ARS") is a New York corporation with a principal place of business in New York, New York.

## FACTUAL ALLEGATIONS

9.      Plaintiff Frida Kahlo Corporation is the holder of numerous worldwide trademarks associated with the Mexican painter Frida Kahlo.

10.      In 2020, Plaintiff licensed the creation and sale of certain Frida Kahlo branded art toys by Kidrobot, Inc., a Broomfield, Colorado-based creator and dealer of limited-edition art toys.

11.      In January 2021, in an email to Kidrobot's principal, Defendant Artists Rights Society said that "ARS is the exclusive U.S. representative of the Banco de México Diego Rivera & Frida Kahlo Museums Trust (the "Kahlo Trust").  As such, ARS has the authority to license and protect works of art by Frida Kahlo."  ARS further asserted that "Kidrobot has used a work of art by Frida Kahlo without authorization on its 2 Fridas Dunny and related marketing…"

12.     In February 2021, Plaintiff Frida Kahlo Corporation responded to ARS.   Plaintiff said, among other things, "… we would need to verify your legitimate interest in serving this letter. Therefore we kindly ask you to provide the chain of title of the claimed work (including the rights of "Banco de México Diego Rivera & Frida Kahlo Museums Trust").

13.     Later in February 2021, ARS emailed Plaintiff saying, "Please find a letter attached from the Banco de México owner of the copyrights in and to Frida Kahlo's artwork." The attached letter, which was cc'd to Kidrobot's executive, asserted, in part, "Banco de Mexico Diego Rivera & Frida Kahlo Museums Trust (the "Trust") is the owner of the intellectual property rights in and to the works of art of Frida Kahlo and Diego Rivera" and "Frida Kahlo Corporation and Kidrobot have used a work by Frida Kahlo titled, 'Las Dos Fridas' without authorization…"

14.     On or about February 25, 2021, Plaintiff Frida Kahlo Corporation responded to ARS and the representative of the Banco de Mexico and said, in pertinent part, "I trust that you will not be surprised if I ask for more than just a letter making such a claim.  Surely, if Frida Kahlo Corporation were to provide you a letter asserting ownership to all of Frida Kahlo's rights, you would ask for proper proof of such an assertion."  Plaintiff also noted that "Las Dos Fridas was sold long before the Trust was reportedly created and therefore it seems unlikely that the Trust has any rights to Las Dos Fridas — assuming that anyone does.  To clarify the situation, I would suggest that you provide to me a copy of the instrument creating the Diego Rivera & Frida Kahlo Museums Trust, along with any other primary documentation, so that I may evaluate the validity of the statement in Mr. Rodriguez' February 22, 2021 letter."

15.     On February 22, 2021, Defendant ARS responded to Plaintiff and the principal of Kidrobot saying, in part, "Should we be required to provide additional documents then such will be submitted to a competent court of law."

### FIRST CAUSE OF ACTION - DECLARATORY RELIEF

16.     Plaintiff realleges and incorporates by reference each of the paragraphs set forth above as though fully set forth herein.

17.     As a result of Defendant's accusations, demands, and an implied threat of litigation, there is an actual, present, and justiciable controversy between Plaintiff and Defendant as to the parties' rights and obligations with respect to the ownership of any existing, if any, copyright to Frida Kahlo's *Las Dos Fridas*.

18.     The controversy between Plaintiff and Defendant is substantial and adversely impacts each parties' legal interests in a manner that is both real and immediate.

## PRAYER FOR RELIEF

WHEREFORE, Plaintiff Frida Kahlo Corporation prays as follows:

A.     For a declaration that none of the Frida Kahlo branded art toys authorized by Plaintiff and offered by Kidrobot require a license from Defendant to be sold;

B.     For an award of costs; and

C.     For such further relief as is just and equitable.

Dated:  March 3, 2021                    Respectfully submitted,

By: _____
MONTY AGARWAL
VALLEJO | ANTOLIN | AGARWAL LLP
3021 Citrus Circle, Suite 220
Walnut Creek, CA 94598
Telephone: 925.951.6970
Fax: 925.262.4269
magarwal@vaallp.com

Attorneys for Plaintiff
FRIDA KAHLO CORPORATION